UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-cv-22800-FAM

AVALON RISK MANAGEMENT
INSURANCE AGENCY,

    Plaintiff,

vs.

GREGORY TAYLOR,
ADELE ROSSANO,
JOHN ROSSANO,
JAMES ROSSANO,
THEADORA ROSSANO,

    Defendants.

_____/

## RENEWED MOTION TO STRIKE AND FOR SANCTIONS

COMES NOW, Plaintiff, AVALON RISK MANAGEMENT INSURANCE AGENCY (hereinafter "Avalon"), by and through the undersigned counsel and files this, its Renewed[1] Motion to Strike the Motion to Quash [D.E 1] and Declaration [D.E 3] filed by non-party Movants Iva DiChiara and Philip DiChiara (hereinafter "Movants") and for Sanctions, and in support thereof states as follows:

**I.    Introduction.**

The instant matter concerns a conspiracy involving the fraudulent placement of surety bonds which were filed with the Federal Maritime Commission. AVALON served a subpoena

---

[1] Avalon filed its Motion to Strike [D.E. 10] on September 13, 2013. However, as a clerical error, Avalon uploaded the wrong document, which did not contain the Rule 7.1 certification. Avalon did discuss with counsel for Movants, Prior to submitting D.E. 10, but was unable to reach an agreement as to the relief requested.

1

duces tecum upon JP Morgan Chase Bank seeking bank records pertaining to Movants.[2]  Movants filed a Motion to Quash and Motion for Protective Order and a Declaration in support thereof on August 5 and 6 2013, respectively [D.E. 1 and 3].  The Motion makes multiple references to a Release executed between AVALON and Philip DiChiara, one of the Movants herein, relating to a prior action filed in New York. (See D.E. 1 at n.2 and n.4).  In addition, the Declaration attaches an Exhibit, the actual Release.

The clear terms of the Release, however, provide that its terms, and its very existence are strictly confidential and shall not be disclosed.[3]

## II.     Legal Standard.

Fed. R. Civ. P. 12(f) provides, in pertinent part, the Court may strike from any pleading any impertinent or scandalous matter.

## III.    Argument.

Movants in this action have blatantly revealed the existence, and terms, of a confidential document by publishing same in the public domain.  While, Movants' egregious actions cannot be undone at this time, to eliminate further harm, AVALON asks that the Court strike the relevant docket entries and their exhibits.

Further, AVALON would ask that the Court, in its discretion, award AVALON sanctions, based upon the egregious actions of Movants in publishing the confidential information.

## RULE 7.1 Certification

The undersigned certifies that, prior to filing the instant request for relief, we conferred with counsel for Movants in this matter in a good faith effort to resolve the issues set forth herein,

---

[2] The relevant facts of this matter are set forth in AVALON's Response to Movant's Motion to Quash and Motion for Protective Order filed contemporaneously herewith [D.E. 9].
[3] Obviously, AVALON does not want to further compound the breaches of the terms of the release committed by Movants by revealing additional portions of the release and will submit same to *in camera* inspection.

but were unable to reach an agreement. However, the undersigned will continue to confer with counsel for Movants in good faith in order to explore resolution to the issues raised herein without further involvement by the Court.

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on September 16, 2013, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which shall serve all counsel of record.

Dated: September 16, 2013

                        Respectfully submitted,

                        /s/ Robert Borak
                        Andrew R. Spector, Esq. (FBN 634093)
                        Robert M. Borak (FBN 15923)
                        Spector Rubin, P.A.
                        Continental Plaza
                        3250 Mary Street, Suite 304
                        Miami, Florida 33133
                        Andrew.spector@spectorrubin.com
                        Robert.borak@spectorrubin.com
                        Phone: 305-537-2000
                        Fax: 305-537-2001

                        *Attorneys for Avalon*